# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Brian Gray

                Plaintiff,

v.                                        Case No.: 1:21–cv–04981
                                                     Honorable Keri L. Holleb Hotaling

Fleetpride, Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 1, 2023:

    MINUTE entry before the Honorable Keri L. Holleb Hotaling: Pursuant to the parties' joint stipulation of dismissal [Dkt. 73], this case is dismissed with prejudice and with each party to bear its own costs and fees. All pending deadlines and future dates are stricken. Civil case terminated. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.